Before CAPPY, C.J., CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Chester County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Christopher LEDDINGTON, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.
Decided March 23, 2004.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Wayne MILLER, Appellee.**

Supreme Court of Pennsylvania.

March 23, 2004.

Daniel Martin Keane, for Com., of Pennsylvania.

Christa S. Dunleavy, for Christopher Leddington.

Before CAPPY, C.J., CASTILLE, NIGRO, SAYLOR, EAKIN and BAER, JJ.

Michelle Ann Henry, Diane E. Gibbons, for Com., of Pennsylvania.

Kenneth Barry Hone, for Wayne Miller.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania,**
Appellant

v.

**Charles Jacob WENSEL, Sr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Chase Gray McClister, Kittanning, for the Com. of PA.

Jack D. Heim, Kittanning, for Charles Jacob Wensel, Sr.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Armstrong County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania,**
Appellant

v.

**John Michael KRAJNAK, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Chase Gray McClister, Kattanning, for Appellant, Com. of PA.

Leonard J. Berger, for John Michael Krajnak, Appellee.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.